Ahren A. Tiller, Esq. [SBN: 250608]
BLC Law Center, APC
1230 Columbia St., Ste 1100
San Diego, CA 92101
Phone (619) 894-8831
Facsimile: (866) 444-7026

Attorneys for Plaintiff
CRISTINE KRAMER

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTINE KRAMER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BANK OF AMERICA, N.A.<br><br>　　　　Defendant(s), | Case No.: 3:21-cv-00181-GPC-DEB<br><br>NOTICE OF SETTLEMENT<br><br><br><br>Judge: Hon. Gonzalo P. Curiel<br><br>Magistrate: Hon. Daniel E. Butcher |

TO THE HONORABLE COURT AND ALL PARTIES HEREIN AND THEIR RESPECIVE COUNSEL OF RECORD:

　　　　PLEASE TAKE NOTICE THAT pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff CRISTINE KRAMER ("Plaintiff") and BANK OF AMERICA, N.A., ("Defendant") have agreed to terms to settle claims herein, subject to the full

1 | execution of a confidential agreement.

2 |     Plaintiff intends to file a request for dismissal with prejudice as to all Defendants within thirty (30) days or less. In light of the settlement, Plaintiff respectfully requests the Court vacate all future hearings and deadlines in this case.

Dated: June 28, 2021         By:    /s/ Ahren A. Tiller
                                                                         Ahren A. Tiller
                                                                         BLC Law Center, APC
                                                                         Attorneys for Plaintiff

# PROOF OF SERVICE

I, Ahren A. Tiller, am a resident of the State of California, over the age of eighteen (18) years, and not a party to this action.  My business address is 1230 Columbia St., Ste 1100 San Diego, Ca 92101.  I am an attorney admitted to practice in the United States District Court for the Southern District of California.

I possess personal knowledge of the facts contained herein, and do hereby declare as follows:

On June 28, 2021 I served the following documents:

☑ NOTICE OF SETTLEMENT

As follows:

☑ Via ECF/NEF automated notice to Elizabeth C. Hehir –
chehir@mcguirewoods.com, mwhitney@mcguirewoods.com, sargueta@mcgurewoods.com, usdocket@mcguirewoods.com

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 28, 2021         By:     /s/ Ahren A. Tiller
                                     Ahren A. Tiller
                                     BLC Law Center, APC
                                     Attorneys for Plaintiff