Ahren A. Tiller, Esq. [SBN: 250608]
BLC Law Center, APC
1230 Columbia St., Ste 1100
San Diego, CA 92101
Phone (619) 894-8831
Facsimile: (866) 444-7026

Attorneys for Plaintiff
CRISTINE KRAMER

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTINE KRAMER, <br><br> Plaintiff, <br><br> vs. <br><br> BANK OF AMERICA, N.A. <br><br> Defendant(s), | Case No.: 3:21-cv-00181-GPC-DEB <br><br> **JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE.** <br><br><br> Judge: Hon Gonzalo P. Curiel |

### JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

Plaintiff CRISTINE KRAMER ("Plaintiff"), and Defendant BANK OF AMERICA, N.A., ("Defendant") (collectively "The Parties"), herein respectfully submit this Joint Motion for Dismissal of this Entire Action with Prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

1  WHEREAS, the Parties stipulate that the entire action, including all claims, are
2  hereby dismissed with prejudice as to Defendant, and therefore the Parties hereby
3  jointly move to dismiss this entire action with prejudice, with each Party to bear their
4  own fees and costs.

5
6  Dated: August 6, 2021            By:    */s/ Ahren A. Tiller*
                                           Ahren A. Tiller, Esq.
                                           BLC Law Center, APC
7                                          Attorney for Plaintiff
                                           CRISTINE KRAMER
8

9
10 Dated: August 6, 2021            By:    */s/ E. Christine Hehir*
                                           E. Christine Hehir, Esq.
11                                         McGuireWoods
                                           Attorney for Defendant
12                                         BANK OF AMERICA, N.A.

# SIGNATURE CERTIFICATION

I, Ahren A. Tiller, declare under the penalty of perjury of the laws of the United States that Pursuant to Section 2(f)(4) of the Electronic Case Filing Administration Policies and Procedures Manual, that the contents of this document are acceptable to the above-undersigned Counsel(s) and that I have obtained their authorization(s) to affix their electronic signature(s) to this document.

Dated: August 6, 2021          By:     */s/ Ahren A. Tiller*
                                       Ahren A. Tiller, Esq.
                                       BLC Law Center, APC
                                       Attorney for Plaintiff
                                       CRISTINE KRAMER

# PROOF OF SERVICE

I, Ahren A. Tiller, am a resident of the State of California, over the age of eighteen (18) years, and not a party to this action. My business address is 1230 Columbia St., Ste 1100 San Diego, Ca 92101. I am an attorney admitted to practice in the United States District Court for the Southern District of California.

I possess personal knowledge of the facts contained herein, and do hereby declare as follows:

On <u>August 6, 2021</u>, I served the following documents:

☒ JOINT MOTION FOR DISMISSAL

By the following method(s):

☒ ECF/Notice of Electronic Filing ("NEF"):  E. Christine Hehir  - chehir@mcguirewoods.com.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 6, 2021                                    By:  /*s/ Ahren A. Tiller*
                                                                                   Ahren A. Tiller
                                                                                   BLC Law Center, APC
                                                                                   Attorneys for Plaintiff