# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTINE KRAMER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.<br><br>　　　　Defendant, | Case No.: 3:21-cv-00181-GPC-DEB<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \

- 1 -
*Order for Dismissal*

On August 06, 2021, the parties filed a Joint Motion to Dismiss Party Bank of America. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and good cause appearing, this Court hereby **ORDERS** this case dismissed with prejudice in its entirety, with each party to bear its own fees and costs. The Settlement Disposition Conference set for August 27, 2021 at 10:30AM is **VACATED**.

**IT IS SO ORDERED.**
Dated: August 6, 2021

Hon. Gonzalo P. Curiel
United States District Judge